FILED

05/19/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0261

In the Supreme Court of the State of Montana
OP 20-0261

CORY LEVI GOODMAN,

*Defendant and Petitioner,*

v.

MONTANA TWENTY-FIRST JUDICIAL DISTRICT COURT, RAVALLI COUNTY
AND THE HON. JENNIFER B. LINT, DISTRICT JUDGE

*Respondent.*

## ORDER

Petitioner Cory Goodman has filed an Unopposed Motion to Dismiss the Petition for Writ of Supervisory Control because the State has now withdrawn its objection to the Defendant's Second Motion to Continue the Jury Trial and because the District Court has agreed to continue the Jury Trial.

Upon consideration of Petitioner's Motion;

IT IS HEREBY ORDERED that this matter is dismissed, and all associated response deadlines are vacated.

Signed and dated as indicated below.

ORDER - 1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 19 2020